Rose E. Radka, as Administratrix, etc., of William H. Radka, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kruse, J., who dissented.

Edward Walstein, Appellant, v. International Railway Company, Respondent.— Order affirmed, with costs. All concurred.

Albert L. Murray, Respondent, v. The Town of Fayette, Appellant.— Judgment and order affirmed, with costs. All concurred.

William Demond, Respondent, v. Harry E. Wood, Appellant.— Judgment and order affirmed, with costs. All concurred.

Harold A. O'Hern, by Mary E. McGee, His Guardian ad Litem, Plaintiff, v. Ludowici-Celadon Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Spring and Kruse, JJ., who dissented upon the ground that the evidence presented questions of fact for the jury.

George Gates, Appellant, v. Edward M. Marilley, Respondent.— Judgment of County Court modified so as to reverse the judgment of the Justice's Court, with costs, and by striking out the provision awarding a new trial in the Justice's Court, and as so modified, affirmed, without costs of this appeal to either party. All concurred.

Albert Sisson, Respondent, v. Charles S. Sprague, Appellant.— Motion granted and appeal dismissed, with ten dollars costs.

In the Matter of Judicial Settlement of the Accounts of Franciska Hourt, as Administratrix, etc., of George Heldman, Deceased.— Motion to dismiss appeal denied, with ten dollars costs.

In the Matter of the Application of Grade Crossing Commissioners of The City of Buffalo, in the Matter of Lands Claimed to Be Owned by Mary A. France and Others. (Proceeding No. 92.) — Appeal of Alice Adele Porter dismissed upon stipulation filed.

In the Matter of the Probate of the Last Will and Testament of George W. Kingsley, Deceased.— Appeal dismissed upon stipulation filed.